```
 1
 2
 3
 4
 5
 6
 7
 8
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STEVEN WAYNE BONILLA, | 1:18-cv-01257-SKO (HC) |
|---|---|
| Petitioner, | |
| v. | **ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| JUDGE RENEE C. DAY, | |
| Respondent. | |

Petitioner, Steven Wayne Bonilla, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner is challenging the validity of his death sentence by the Superior Court of California for the County of Alameda. Alameda County, California is within the venue of the U.S. District Court for the Northern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in

the district of conviction and sentencing.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **September 21, 2018**         /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE